CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Charlottesville
AUG 3 1 2005
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 3:03-CR-00079 |
| v. | ORDER |
| CURTIS DELMONT WOOLFOLK,<br>*Defendant.* | JUDGE NORMAN K. MOON |

This matter comes before the Court on a Mandate from the United States Court of Appeals for the Fourth Circuit. On March 2, 2005, the Fourth Circuit issued an opinion remanding to this Court for further consideration of Defendant's Speedy Trial Act and Sixth Amendment claims. The Court conducted evidentiary hearings, in accordance with the Fourth Circuit Mandate, on May 9 and May 12, 2005. For the reasons stated in the attached Memorandum Opinion, the Court DENIES Defendant's Speedy Trial Act and Sixth Amendment claims.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
U.S. District Judge

8-31-05
Date